STATE OF NEW JERSEY, EX REL. THE REITZEL ESTATE, INCORPORATED, RELATOR, v. REINHART O. OSTERMANN, BUILDING INSPECTOR OF THE TOWNSHIP OF MAPLEWOOD, RESPONDENT.

Argued October 6, 1926—Decided January 28, 1927.

**Zoning—Two-Family House in Restricted Territory—Case Within Rule in Nutley Case.**

On alternative writ of *mandamus*.

Before GUMMERE, CHIEF JUSTICE, and Justices TRENCHARD and MINTURN.

For the relator, *Charles Jones.*

For the respondent, *Samuel D. Williams.*

PER CURIAM.

This is a zoning case. In the stipulation of facts it appears that the relator was the owner of property in Maplewood, on which stood a one-family house. He applied for a permit to convert the same into a two-family house according to certain plans and specifications. The building inspector declined to issue the permit for the erection and alterations of the building solely because a zoning ordinance of the township of Maplewood zoned the property in question as a single-family residence district.

Of course, under the authority of *State* v. *Nutley,* 99 *N. J. L.* 389, a peremptory writ should issue, and it is so ordered.